Judge Benjamin H. Settle
Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>CORY M. LENZI,<br><br>　　　　　　　Respondent. | No. 10-MC-5021-BHS/KLS<br><br>ORDER REQUIRING RESPONDENT TO SHOW CAUSE REGARDING CONTEMPT OF COURT |

Upon petition of the United States, and good cause appearing, now therefore,

IT IS HEREBY ORDERED that the respondent, Cory M. Lenzi, shall appear before this Court at the United States Courthouse, 1717 Pacific Avenue, **Courtroom  F ,** Tacoma, Washington, on **Tuesday, February 15, 2011 at 10:00a.m.**, and show cause, if any he has, why he should not be held in contempt of this Court for failure to appear, testify, and produce books, papers, records, and other data, as directed in the Order of Enforcement of Summons entered in this case on November 16, 2010.

**RESPONDENT, CORY M. LENZI, IS HEREBY NOTIFIED THAT IF HE FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A BENCH WARRANT SHALL BE ISSUED FOR HIS ARREST FOR CONTEMPT OF COURT**.

ORDER REQUIRING RESPONDENT TO SHOW CAUSE
REGARDING CONTEMPT OF COURT - 1
(10-MC-5021-BHS/KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

The United States Marshal shall serve a copy of the Petition for Order to Show Cause Regarding Contempt of Court and this Order to Show Cause Regarding Contempt of Court upon the respondent, Cory M. Lenzi, and file with the Clerk an appropriate return.

DATED this 24th day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

 s/ Robert P. Brouillard
ROBERT P. BROUILLARD, WSBA# 19786
Assistant United States Attorney

ORDER REQUIRING RESPONDENT TO SHOW CAUSE
REGARDING CONTEMPT OF COURT - 2
(10-MC-5021-BHS/KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970