1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

CORY M. LENZI,

           Defendant.

CASE NO. 10-MC-5021 BHS-KLS

ORDER FOR BENCH WARRANT

      The Court issued an Order to Show Cause, directing Respondent to appear and show cause why he should not be held in Contempt of Court for failure to appear, testify, and produce books, papers, records, and other data, as directed in the Oder of Enforcement of Internal Revenue Service Summons entered in the above-entitled case on November 16, 2010.

      Mr. Lenzi did appear at an initial hearing on March 16, 2011. At that time Mr. Lenzi requested additional time to respond to the summons. He advised the Court that he was going to hire John Turner, an attorney in Olympia, to represent him in this tax case as well as a bankruptcy case. He told the Court he would have sufficient money to pay Mr. Turner the week of March 16th. He told the Court he had the paper work together that was necessary to respond

1  to the request of the IRS.  The Court advised that Mr. Lenzi needed to appear at the continued

2  hearing which was scheduled, in open court, for Thursday, April 14, 2011 at 10:00 a.m.

3  On April 14, 2011 at 10:00 a.m. counsel for the Plaintiff was present but Mr. Lenzi was

4  not.  Revenue Officer Lorraine Ronquillo called Mr. Lenzi on his cell phone at 10:05 a.m.  At

5  that time Mr. Lenzi told Officer Ronquillo he thought the hearing was set for 10:20 and that he

6  was on his way to Court.  At the time of the call he advised Officer Ronquillo that he was at the

7  intersection of I-5 and Bridgeport.

8  The Court convened at 10:45 and Mr. Lenzi did not appear.  Counsel for the Plaintiff

9  requested the issuance of a bench warrant based on Mr. Lenzi's failure to appear and comply

10  with the Court's Order of Enforcement of Internal Revenue Service Summonses.  The

11  undersigned granted that request.

12  IT IS HEREBY ORDERED that a bench warrant shall be issued for Respondent's

13  immediate arrest pursuant to 26 U.S.C. 7604(b).

14  DATED this 14th day of April, 2011.

Karen L. Strombom
United States Magistrate Judge