Judge Benjamin H. Settle
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>      v.<br><br>CORY M. LENZI,<br><br>                Respondent. | NO. 10-MC-5021-BHS-KLS<br><br>ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summonses; and the Court being fully advised in the premises; now, therefore, it is hereby

//

//

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 1
(10-MC-5021)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1     ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue

2 Service Summonses be and hereby is GRANTED and the above-captioned action be and hereby

3 is DISMISSED.

4     DATED this  14  day of January, 2013.

                                            UNITED STATES DISTRICT JUDGE

Presented by:

JENNY A. DURKAN
United States Attorney


/s/ Christina Dimock
Christina Dimock, WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone No.: (206) 553-7970
Fax No.: (206) 553-4067
E-mail: christina.dimock@usdoj.gov

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 2
(10-MC-5021)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970